**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **26−20998 − MMH** Chapter: **13**

**Britany Brown**
Debtor

# NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.**<br><br>**Schedules A/B−J due 10/19/2026**<br>**Ch 13 Plan & Cert of Service due 10/19/2026**<br>**Declaration for Schedules due 10/19/2026**<br>**Ch 13 Income Form 122C−1 due 10/19/2026**<br>**Stmt. of Fin. Affairs due 10/19/2026**<br>**Summary of Assets and Liab. due 10/19/2026** |
| CONSEQUENCE: | **If the problem is not cured by the date below,**<br>**YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 10/19/26.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 10/6/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410−962−4215

cc: Debtor
Attorney for Debtor − Robert Grossbart

Form ntcddl (03/05)