# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**BRITANY BROWN**<br><br>Debtor. | CASE No. 26-20998<br><br>Chapter 13 |
| **VERTEX TL LLC,**<br>Movant,<br><br>v.<br><br>**BRITANY BROWN**,<br>Respondent. | Case No. **26-20998-MMH**<br>Chapter 13 |

## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND HEARING THEREON

The Movant has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to complete the statutory deed process and pursue possession and other remedies authorized by the judgment entered in *Vertex TL LLC v. Britany N. Brown*, Case No. C-24-CV-25-009815. Alternatively, Vertex requests adequate protection through disclosure and maintenance of insurance protecting its interest, an inspection or authenticated current photographs, notice of coverage changes or casualty,

and preservation of the Property. Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by October 20, 2026 (parties served by mail may add three (3) days to this deadline), you or your attorney must file with the Clerk of the Court a written response to the motion explaining your position and serve a copy of the response upon Steven Tessler, Tess Law LLC, 2833 Smith Ave., #138, Baltimore, Maryland 21209.

If you mail, rather than hand deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the deadline stated above.

If you file a timely response to the motion, the hearing on the motion will take place on November 19, 2026, at 10:00 AM, in Courtroom 9-C, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, MD 21201.

If you or your attorney do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Date:10/06/2026

Respectfully submitted,

*/s/ Steven Tessler*
Steven Tessler, CPF No. 2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, Maryland 21209
(872) 222-7377
steven@tesslaw.org

## Certificate of Service

I HEREBY CERTIFY that on October 6, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing was served electronically by the Court's CM/ECF system upon:

**Robert N. Grossbart, counsel for Debtor — via CM/ECF**
**Rebecca A. Herr — via CM/ECF**

I further certify that on October 6, 2026, a copy of the foregoing was served by first-class mail, postage prepaid, upon:

**Britany Brown**
3115 Leeds Street
Baltimore, Maryland 21229.

/s/
Steven Tessler