| | | |
|---|---|---|
| **VERTEX TL LLC,** | * | **IN THE** |
| **Plaintiff,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **BRITANY N. BROWN, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-25-009815** |

* * * * * * * * * * * * * * * * * * * * *

**JUDGMENT FORECLOSING RIGHT OF REDEMPTION**

The submissions in the above captioned case having been read and considered, the Court finds that all Defendants were personally served or were notified in accordance with Maryland Rule 14-503 and §14-839(a) of the Tax-Property Article of the Maryland Code Annotated and also were notified by an Order of Publication issued out of this Honorable Court, that the time limit set in the Order of Publication and in the summons has expired, and that no redemption has been made by any party in interest. Therefore, it is, by the Circuit Court for Baltimore City

**ORDERED** that judgment be, and it is hereby, entered in favor of Plaintiff foreclosing the right of redemption in the property below described as 3115 Leeds St., Lot Size: 45x200 (being known as: Ward 20, Section 21, Block 2197, Lot 026, on the Tax Roll of the Director of Finance); and it is further

**ORDERED** that Plaintiff is vested with an absolute and indefeasible **leasehold** title, free and clear of all alienations and descents of the property occurring before the date of the judgment and encumbrances on the property, except taxes and municipal liens that have accrued after the date of the sale and easements of record and any other easement to which the property is subject that may be observed by an inspection of the property; and it is further

**ORDERED** that the Director of Finance shall execute and deliver a Deed to the Plaintiff, his successors and assigns, in accordance with the provisions of §§ 14-831 and 14-847 of the Tax-Property Article of the Maryland Code Annotated; and it is further

**ORDERED** that the Supervisor of Assessments of Baltimore City shall enroll Plaintiff as the **leasehold** owner of the above-described property. 04/16/2026 2:22:47 PM

**The Clerk is directed to close the case.**
**Plaintiff to pay costs.**

Jeffrey M. Geller

**Date** Entered: Clerk, Circuit Court for Baltimore City, MD
April 16, 2026

**Judge**