**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>**BRITANY BROWN**<br><br>Debtor. | CASE No. 26-20998<br><br>Chapter 13 |
| **VERTEX TL LLC,**<br>Movant,<br><br>v.<br><br>**BRITANY BROWN**,<br>Respondent. | Case No. **26-20998-MMH**<br>Chapter 13 |

## LINE REQUESTING HEARING BY VIDEOCONFERENCE

Vertex TL LLC ("Vertex"), by its undersigned counsel, requests that the hearing on its Motion for Relief from the Automatic Stay or, Alternatively, for Adequate Protection (ECF No. 9) (the "Motion"), currently scheduled for Thursday, November 19, 2026, at 10:00 a.m. in Courtroom 9-C, be conducted by videoconference.

Under the Court's notice, *In-Person Hearings Before Judge Harner*, hearings on motions to lift or modify the automatic stay are held in person, but any party in interest may, for good cause, request that a hearing be conducted by videoconference by filing a

Line on the docket and serving it on all affected parties at least seven days before the scheduled hearing. Vertex files and serves this Line more than seven days before the November 19 hearing.

Good cause exists. Undersigned counsel resides in Illinois and will be the sole caretaker for his two young children on the hearing date. It would impose great difficulty on counsel to attend in person. The Motion turns principally on the legal effect of the Circuit Court's prepetition Judgment foreclosing the Debtor's right of redemption, which can be fully presented by videoconference. Conducting the hearing by videoconference will not prejudice the Debtor or any other party.

Vertex therefore requests that the Court conduct the November 19, 2026 hearing on the Motion by videoconference or, alternatively, permit Vertex's counsel to appear at the hearing by videoconference. In the further alternative, Vertex requests that its counsel be permitted to appear at the hearing by telephone, recognizing that counsel appearing by telephone may not make a proffer, examine witnesses, or introduce evidence.

Respectfully submitted,

____/s/____________

Steven Tessler
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

## Certificate of Service

I HEREBY CERTIFY that on October 20, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing was served electronically by the Court's CM/ECF system upon:

**Robert N. Grossbart, counsel for Debtor — via CM/ECF**
**Rebecca A. Herr — via CM/ECF**

I further certify that on October 20, 2026, a copy of the foregoing was served by first-class mail, postage prepaid, upon:

**Britany Brown**
3115 Leeds Street
Baltimore, Maryland 21229.

/s/
Steven Tessler