Please Return to:
TESS LAW LLC
2833 Smith Ave., #138
Baltimore, MD 21209

# DEED

THIS DEED, made this ___day of __________ , 202_, by and between Michael Mocksten, Director of Finance and Collector of State Taxes for the Mayor and City Council of Baltimore, party of the first part ("Grantor"); and VORTICES LLC, party of the second part ("Grantee").

WHEREAS, State and City taxes on the lot of ground hereinafter described, having been due and unpaid, the Director of Finance and Collector of State Taxes, after having been given due notice and having complied with all other prerequisites provided by law, did sell said property on May 19, 2025 to VERTEX TL LLC who later assigned the property to VORTICES LLC on September 24, 2026.

WHEREAS, the said property has not been redeemed and the purchase money has been paid; and

WHEREAS, by Decree of the Circuit Court for Baltimore City entered April 16, 2026, Case No. C-24-CV-25-009815 it was ordered that an absolute and indefeasible LEASEHOLD title to the said property should vest in VORTICES LLC (as assignee of VERTEX TL LLC).

NOW, THEREFORE, THIS DEED WITNESSETH, that in consideration of TWENTY THOUSAND AND ONE HUNDRED AND ELEVEN DOLLARS AND SIX CENTS ($20,111.06), the receipt of which is hereby acknowledged, the said Michael Mocksten, Director of Finance and Collector of State Taxes in the City of Baltimore, by virtue and in pursuance of the power and authority in him vested, does grant and convey unto Grantee, in leasehold, all that lot of ground situate, lying or being in Baltimore City, State of Maryland aforesaid, and being known on the tax rolls of the Director of Finance as Lot Size 45X200 Ward - 20 Section - 21 Block - 2197 Lot - 026, the improvements thereon being known as 3115 Leeds Street.

TOGETHER with the buildings and improvements thereupon, and all the rights, alleys, ways, waters, easements, privileges, appurtenances, and advantages thereto belonging, or in anywise appertaining.

TO HAVE AND TO HOLD the said described lot of ground and premises described hereinafter unto and to the use of said Grantee, and its heirs and assigns in LEASEHOLD.

WITNESSETH the hand and seal of Grantor.

WITNESS:

_________________ _________________

Michael Mocksten
Director of Finance and
Collector of State Taxes

STATE OF MARYLAND
CITY OF BALTIMORE

I HEREBY CERTIFY, that on this ______ day of ________________, 202__, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Michael Mocksten, Director of Finance and Collector of State Taxes for the Mayor and City Council of Baltimore, the Grantor named in the foregoing Deed, and acknowledged the said Deed to be his act, and in my presence signed and sealed the same.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_________________
Notary Public

My Commission expires:

APPROVED as to form and Legal sufficiency this _________ day of ___________, 202__

_________________
Assistant Solicitor

This Deed was prepared by the undersigned, Steven Tessler, an attorney duly admitted to practice before the Supreme Court of Maryland.

_________________
Steven Tessler, Esq

**Exhibit A**

**Legal Description**

All that lot of ground situate in the City of Baltimore, State of Maryland and described as follows, that is to say:

BEGINNING for the same on the south side of Carroll Avenue (formerly known as Carrollton) at a distance of three hundred and eighty-nine feet and six inches easterly from the southeast corner of Stafford Street and Carroll Avenue, and running thence easterly binding on Carroll Avenue forty-five feet to the eastern line of the whole ground whereof this is a part, thence southerly binding on said eastern line and also on the western line of the lot of ground belonging to J. (or G.) Meades, about two hundred feet to an alley twelve feet wide, thence westerly binding on said alley thirty-three feet more or less, and thence northerly by a straight line to the place of beginning.

The improvements thereon being known as No. 3115 Leeds Street, Baltimore, Maryland - 21229.

NO. 401355

# CERTIFICATE OF TAX SALE MADE BY DIRECTOR OF FINANCE OF BALTIMORE

I, Michael Mockster, Director of Finance, Collector of Taxes for the City of Baltimore and the State of Maryland hereby certify that on May 19, 2025

I sold to VERTEX TL LLC
2833 SMITH AVE #138 BALTIMORE, MD 21209

at public auction, property in the City of Baltimore known as

3115 LEEDS ST

and described as follows: Lot Size 45X200

(Being known as Ward 20 Section 21 Block 2197 Lot 026 on the Tax Roll of the Director of Finance).

Said property having been assessed to BROWN, BRITANY N 3115 LEEDS ST

Was sold for the sum of TWENTY THOUSAND ONE HUNDRED ELEVEN AND 06/100 DOLLARS

of which SEVEN HUNDRED SIXTY-THREE AND 50/100 DOLLARS

is the total amount of taxes and other municipal liens due on the property at the time of the sale, together with interest and penalties thereon and expenses incurred in making the sale. The property described in this Certificate is subject to redemption. On redemption, the holder of this Certificate will be refunded the sums paid on the amount of the purchase price, together with interest at the rate of up to 18% per year from the date of payment to the date of redemption (except as stated in subsection (b) of §14-820 of the Tax-Property Article of the Annotated Code of Maryland) together with all other amounts specified by Chapter 761 of the Acts of 1943 and acts that amend that chapter. The balance due on account of the purchase price and all taxes and other municipal liens, together with interest and penalties on them accruing subsequent to the date of sale, must be paid to the Collector before a deed can be delivered to the purchaser. After November 19, 2025 (or earlier if permitted by Chapter 254 of the Acts of 1963 and acts that amend that chapter) a proceeding can be brought to foreclose all rights of redemption in the property. This Certificate will be void unless such proceeding is brought within two (2) years from the date of this Certificate, unless otherwise provided by law, including but not limited to §§14-817 and 14-833 of the Tax-Property Article of the Annotated Code of Maryland. This property was previously sold at the Tax Sale of

Witness my hand and seal this Nineteenth day of May 2025

Mockster

MICHAEL MOCKSTEN
Director of Finance/Collector

CTSM25 - 07/2025

E-SERVED Baltimore City Circuit Court 4/16/2026 3:30 PM System SystemEnvelope:26057778
E-FILED; Baltimore City Circuit Court
Docket: 4/16/2026 3:30 PM; Submission: 4/16/2026 3:30 PM
Envelope: 26057778

| | | |
|---|---|---|
| **VERTEX TL LLC,** | * | **IN THE** |
| **Plaintiff,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **BRITANY N. BROWN, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-25-009815** |

* * * * * * * * * * * * * * * * * * * * *

**JUDGMENT FORECLOSING RIGHT OF REDEMPTION**

The submissions in the above captioned case having been read and considered, the Court finds that all Defendants were personally served or were notified in accordance with Maryland Rule 14-503 and §14-839(a) of the Tax-Property Article of the Maryland Code Annotated and also were notified by an Order of Publication issued out of this Honorable Court, that the time limit set in the Order of Publication and in the summons has expired, and that no redemption has been made by any party in interest. Therefore, it is, by the Circuit Court for Baltimore City

**ORDERED** that judgment be, and it is hereby, entered in favor of Plaintiff foreclosing the right of redemption in the property below described as 3115 Leeds St., Lot Size: 45x200 (being known as: Ward 20, Section 21, Block 2197, Lot 026, on the Tax Roll of the Director of Finance); and it is further

**ORDERED** that Plaintiff is vested with an absolute and indefeasible **leasehold** title, free and clear of all alienations and descents of the property occurring before the date of the judgment and encumbrances on the property, except taxes and municipal liens that have accrued after the date of the sale and easements of record and any other easement to which the property is subject that may be observed by an inspection of the property; and it is further

**ORDERED** that the Director of Finance shall execute and deliver a Deed to the Plaintiff, his successors and assigns, in accordance with the provisions of §§ 14-831 and 14-847 of the Tax-Property Article of the Maryland Code Annotated; and it is further

**ORDERED** that the Supervisor of Assessments of Baltimore City shall enroll Plaintiff as the **leasehold** owner of the above-described property. 04/16/2026 2:22:47 PM

**The Clerk is directed to close the case.**
**Plaintiff to pay costs.**

Jeffrey M. Geller

Date Entered: Clerk, Circuit Court for Baltimore City, MD
April 16, 2026

Judge

Xavier A. Conaway

**ASSIGNMENT OF CERTIFICATE OF TAX SALE AND JUDGMENT FORECLOSING RIGHT OF REDEMPTION**

VERTEX TL LLC ("Assignor"), does hereby assign all of its rights, title and interest in Certificate of Tax Sale No. 401355 for the property known as 3115 Leeds Street, Baltimore, Maryland, Lot Size 45X200, being known as Ward 20, Section 21, Block 2197, Lot 026 on the Tax Roll of the Director of Finance, sold by the Director of Finance of Baltimore City on May 19, 2025, and all rights, title and interest in the Judgment Foreclosing Right of Redemption entered by the Circuit Court for Baltimore City in Case No. C-24-CV-25-009815 on April 16, 2026, as-is, without recourse, to VORTICES LLC, c/o Tess Law LLC, 2833 Smith Avenue, No. 138, Baltimore, Maryland 21209.

Dated this 24th day of September, 2026.

VERTEX TL LLC

Ari Schaffel, Authorized Signer