IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| Britany Brown | * | Case No. 26-20998 |
| Debtor/Movant | * | Chapter 13 |

* * * * * * * * * * * * * *

ORDER EXTENDING TIME TO FILE THE REQUIRED STATEMENTS,
SCHEDULES, CHAPTER 13 PLAN AND LISTS PURSUANT
TO BANKRUPTCY PROCEDURE RULE 1007

The Debtor(s) motion to extend the filing date having been considered by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules and Chapter 13 Plan is extended to and including **November 16, 2026**; and it is further

ORDERED, that when they are filed, the Debtor(s) shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the Statement of Financial Affairs, Schedules and Chapter 13 Plan; and

DEBTOR(S) ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order causes the creation of a presumption of unreasonable delay that is prejudicial to creditors; and that failure may result in dismissal of this case, subject to 11 U.S.C. ' 109(g)(1), without further notice or a hearing. Debtor(s) are advised that 11 U.S.C. '109(g)1) prohibits a new filing under Title 11 by an individual debtor for 180 days after dismissal of a case.

cc: Debtor
Counsel

U.S. Trustee
Trustee
All Creditors of Record

**END OF ORDER**