CHKG/BALTIMOREWATER
PO Box 4500
Allen, TX 75013-1311

CHKG/COMCAST
PO Box 4500
Allen, TX 75013-1311

CHKG/CRICKETWIRELESS
PO Box 4500
Allen, TX 75013-1311

Santander Bank
PO Box 961211
Fort Worth, TX 76161-0211

Santander Bank
Santander Consumer USA Inc., Attn: Bankr
PO Box 961245
Fort Worth, TX 76161-0244

Steven Tessler c/o Tess Law LLC
Tess Law LLC
138
Baltimore, MD 21209

Telecom Selfreported
PO Box 4500
Allen, TX 75013-1311

Telecom Selfreported
PO Box 4500
Allen, TX 75013-1311

Utility Selfreported
PO Box 4500
Allen, TX 75013-1311

Vertex TL, LLC
2833 Smith Ave.
138
Baltimore, MD 21209

Wfbna Auto
PO Box 71092
Charlotte, NC 28272-1092