United States Bankruptcy Court
District of Maryland

In re:
Britany Brown
Debtor

Case No. 26-20998-MMH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: ntchrgb2 Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Britany Brown, 3115 Leeds Street, Baltimore, MD 21229-3818 |
| cr | + | Vertex TL, LLC, C/O Tess Law, 2833 Smith Ave #138, Baltimore, MD 21209-1426 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2026 19:19:35 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Rebecca A. Herr | ecf@ch13md.com |
| Robert Grossbart | robert@grossbartlaw.com debra@grossbartlaw.com,Esquire.RobertN.G.B149510@notify.bestcase.com |
| Steven Tessler | steven@tesslaw.org yaschaffel@recap.email |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **26–20998 – MMH** Chapter: **13**

**Britany Brown,**
Debtor.

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that a rescheduled hearing will be held on 11/30/26 at 01:00 p.m., by videoconference. Contact Hearings_MMH@mdb.uscourts.gov for Zoom hearing access information.

to consider and act upon the following:

9 – Motion for Relief from Stay Or, Alternatively, For Adequate Protection and Notice of Motion Re: 3115 Leeds Street. Fee Amount $199. Notice Served on 10/6/2026, Filed by Vertex TL, LLC. Objections due by 10/20/2026. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 11/19/2026 at 10:00 AM – Courtroom 9–C. (Attachments: # 1 Notice of Motion # 2 Exhibit Judgment) (Tessler, Steven)Modified on 10/7/2026 to enhance docket text (Maloney–Raymond, Michelle).

17 – Opposition on behalf of Britany Brown Filed by Robert Grossbart (related document(s)9 Relief from Stay and Notice of Motion filed by Creditor Vertex TL, LLC). (Grossbart, Robert)

18 – Response on behalf of Vertex TL, LLC Filed by Steven Tessler (related document(s)9 Relief from Stay and Notice of Motion filed by Creditor Vertex TL, LLC). (Attachments: # 1 Exhibit Deed) (Tessler, Steven)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/10/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)