THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Bankruptcy Case No.: 26-20998
Chapter 13
Britany N Brown, Debtor

# CERTIFICATE OF MAILING

I, ROBERT N. GROSSBART, of One Hundred North Charles Street, 20th Floor, Baltimore, Maryland, 21201, attorney for the Debtor, hereby certify:

That I am, and at all times hereinafter mentioned, 18 years of age or older;

That on November 17, 2026, by the Court's electronic case filing system as indicated:

I HEREBY CERTIFY that on the 17th day of November 2026, I served a copy of the foregoing ***Chapter 13 Plan and Certificate of Service*** to the following by the Court's electronic case filing system:

- **Robert Grossbart** robert@grossbartlaw.com, debra@grossbartlaw.com;Esquire.RobertN.G.B149510@notify.bestcase.com
- **Rebecca A. Herr** ecf@ch13md.com
- **Steven Tessler** steven@tesslaw.org, yaschaffel@recap.email

Via First Class Mail
All Creditors on Matrix Attached

I certify, under penalty, that the foregoing is true and correct.

/s/ Robert N. Grossbart
ROBERT N. GROSSBART

Executed on November 17, 2026