Signed: November 18th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

**In re: Britany Brown** | **Case No.: 26−20998**
**Chapter: 13**

**Debtor**

**In re: Britany Nicole Brown** | **Case No.: 26−22779**
**Chapter: 13**

**Debtor**

## ORDER CONSOLIDATING DEBTOR'S CASES

This matter comes before the Court on the report of the Clerk advising that Britany Brown has filed a second Chapter 13 case in this Court, No. 26−22779 The first case, No. 26−20998 was filed on 10/5/2026, and is now pending before the Court. Federal Bankruptcy Rule 1015(a) provides:

(a) Cases Involving Same Debtor − If two or more petitions by, regarding, or against the same debtor are pending in the same court, the court may order consolidation of the cases.

Therefore, pursuant to that Rule, the Court hereby consolidates the two cases under the former number, Case No. 26−20998.

SO ORDERED.

cc: All Creditors
All parties in interest − See Attached List

**End of Order**

27x02 (rev. 03/12/2012) − DanielWalston