United States Bankruptcy Court
District of Maryland

In re: Britany Brown
Debtor

Case No. 26-20998-MMH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-1
User: admin
Page 1 of 1
Date Rcvd: Nov 18, 2026
Form ID: defntc
Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
| --- | --- | --- |
| db | + | Britany Brown, 3115 Leeds Street, Baltimore, MD 21229-3818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Rebecca A. Herr | ecf@ch13md.com |
| Robert Grossbart | robert@grossbartlaw.com debra@grossbartlaw.com,Esquire.RobertN.G.B149510@notify.bestcase.com |
| Steven Tessler | steven@tesslaw.org yaschaffel@recap.email |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **26–20998 – MMH** Chapter: **13**

**Britany Brown**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 31 – Chapter 13 Plan Filed by Britany Brown. (Attachments: # 1 Certificate of Service)(Grossbart, Robert)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 12/2/26.**

**– Certificate of Service (LBF M–1) was not filed.**
**– A service list or mailing matrix was not filed.**

CURE: A Certificate of Service (LBF M–1) on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements. Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/18/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410–962–4215

cc: Debtor
Attorney for Debtor – Robert Grossbart

defntc (rev. 09/01/2025)