United States Bankruptcy Court
District of Maryland

In re:
Britany Brown
Debtor

Case No. 26-20998-MMH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-1 | User: admin | Page 1 of 2
Date Rcvd: Nov 18, 2026 | Form ID: pdfall | Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Britany Brown, 3115 Leeds Street, Baltimore, MD 21229-3818 |
| cr | + | Vertex TL, LLC, C/O Tess Law, 2833 Smith Ave #138, Baltimore, MD 21209-1426 |
| 33410378 | | CHKG/BALTIMOREWATER, PO Box 4500, Allen, TX 75013-1311 |
| 33410380 | | CHKG/CRICKETWIRELESS, PO Box 4500, Allen, TX 75013-1311 |
| 33410383 | | Steven Tessler c/o Tess Law LLC, Tess Law LLC, 138, Baltimore, MD 21209 |
| 33410385 | + | Vertex TL, LLC, 2833 Smith Ave., 138, Baltimore, MD 21209-1426 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2026 19:35:05 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 33437794 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2026 19:35:30 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 33410379 | | Email/Text: documentfiling@lciinc.com | Nov 18 2026 19:23:00 | CHKG/COMCAST, PO Box 4500, Allen, TX 75013-1311 |
| 33410382 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2026 19:24:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, PO Box 961245, Fort Worth, TX 76161-0244 |
| 33410381 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2026 19:24:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 33440588 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2026 19:24:00 | Santander Bank N.A., P.O. Box 560284, Dallas, TX 75356-0284 |
| 33410384 | ^ | MEBN | Nov 18 2026 19:20:28 | Telecom Selfreported, PO Box 4500, Allen, TX 75013-1311 |
| 33430697 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 18 2026 19:35:05 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 33410386 | | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Nov 18 2026 19:35:03 | Wfbna Auto, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Rebecca A. Herr | ecf@ch13md.com |
| Robert Grossbart | robert@grossbartlaw.com debra@grossbartlaw.com,Esquire.RobertN.G.B149510@notify.bestcase.com |
| Steven Tessler | steven@tesslaw.org yaschaffel@recap.email |

TOTAL: 3

Signed: November 18th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

**In re: Britany Brown** — **Case No.: 26–20998**
**Chapter: 13**

**Debtor**

**In re: Britany Nicole Brown** — **Case No.: 26–22779**
**Chapter: 13**

**Debtor**

## ORDER CONSOLIDATING DEBTOR'S CASES

This matter comes before the Court on the report of the Clerk advising that Britany Brown has filed a second Chapter 13 case in this Court, No. 26–22779 The first case, No. 26–20998 was filed on 10/5/2026, and is now pending before the Court. Federal Bankruptcy Rule 1015(a) provides:

(a) Cases Involving Same Debtor – If two or more petitions by, regarding, or against the same debtor are pending in the same court, the court may order consolidation of the cases.

Therefore, pursuant to that Rule, the Court hereby consolidates the two cases under the former number, Case No. 26–20998.

SO ORDERED.

cc: All Creditors
All parties in interest – See Attached List

**End of Order**

27x02 (rev. 03/12/2012) – DanielWalston