THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Bankruptcy Case No.: 26-20998
Chapter 13
Britany N. Brown, Debtor

# CERTIFICATE OF MAILING

I, ROBERT N. GROSSBART, of One Hundred North Charles Street, 20th Floor, Baltimore, Maryland, 21201, attorney for the Debtor, hereby certify:

That I am, and at all times hereinafter mentioned, 18 years of age or older;

That on November 25, 2026, by the Court's electronic case filing system as indicated:

I HEREBY CERTIFY that on the 25th day of November 2026, I served a copy of the foregoing ***Schedules A-J, Summary of Schedules, Declaration Concerning Debtor's Schedules, the Statement of Financial Affairs, Notice to Individual Consumer Debtor, and Statement of Current Monthly Income and Pre-Confirmation Certification*** to the following by the Court's electronic case filing system:

- **Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com;Esquire.RobertN.G.B149510@notify.bestcase.com**
- **Rebecca A. Herr ecf@ch13md.com**
- **Steven Tessler steven@tesslaw.org, yaschaffel@recap.email**

I certify, under penalty, that the foregoing is true and correct.

/s/ Robert N. Grossbart
ROBERT N. GROSSBART

Executed on November 25, 2026

Allstate Insurance
PO Box 660598
Dallas, TX 75266-0598

BGE
PO Box 1475
Baltimore, MD 21203

Bridgecrest
4515 N. Sante FDept APS
Oklahoma City, OK 73118

CHKG/BALTIMOREWATER
PO Box 4500
Allen, TX 75013-1311

CHKG/COMCAST
PO Box 4500
Allen, TX 75013-1311

CHKG/CRICKETWIRELESS
PO Box 4500
Allen, TX 75013-1311

Santander Bank
PO Box 961211
Fort Worth, TX 76161-0211

Santander Bank
Santander Consumer USA Inc., Attn: Bankr
PO Box 961245
Fort Worth, TX 76161-0244

Steven Tessler c/o Tess Law LLC
Tess Law LLC
138
Baltimore, MD 21209

Telecom Selfreported
PO Box 4500
Allen, TX 75013-1311

Utility Selfreported
PO Box 4500
Allen, TX 75013-1311

Vertex TL, LLC
2833 Smith Ave.
138
Baltimore, MD 21209

Wfbna Auto
PO Box 71092
Charlotte, NC 28272-1092